IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:22-cr-00067-MR-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ALEJANDRO REYES-CRUZ, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Indictment [Doc. 16].

For the reasons stated in the Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion [Doc. 16] is **GRANTED**, and the Bill of Indictment in the above-captioned case, is hereby **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

Signed: December 1, 2022

Martin Reidinger
Chief United States District Judge